■ DIANA M. BOCCIO, Respondent, v CITY OF BUFFALO, Appellant, et al., Defendant. [886 NYS2d 64]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered June 6, 2008 in a personal injury action. The order denied the motion of defendant City of Buffalo for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto and Green, JJ.